STATE of Missouri, Respondent,

v.

Shallon J. HAWKINS, Appellant.

WD 78698

Missouri Court of Appeals,
Western District.

ORDER FILED: February 28, 2017

Natalie Hull, Kansas City, MO, Counsel for Appellant

Nathan Aquino, Jefferson City, MO, Counsel for Respondent

Before Division Four: Mark D. Pfeiffer, Chief Judge Presiding, Thomas H. Newton, and Lisa White Hardwick, Judges

## ORDER

Per Curiam:

Mr. Shallon J. Hawkins appeals his convictions by a Clay County jury for two counts (I and III) of first-degree assault, § 565.050, and two counts (II and IV) of armed criminal action, § 571.015.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).